IN THE UNITED STATED DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION

| | |
|---|---|
| ROY L. NOREY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 6:22-cv-03167-MDH |
| | ) |
| UNITED STATES MARSHAL SERVICE, | ) |
| | ) |
| Defendant. | ) |

## ORDER

Before the Court is Defendant United States Marshal Service's ("Defendant's") Motion to Dismiss for Failure to State a Claim. (Doc. 2). This Court has twice ordered Plaintiff, who remains pro se, to respond to Defendant's Motion to Dismiss. (Docs. 6, 8). Plaintiff has failed to respond. Defendant's Motion to Dismiss is granted and Plaintiff's complaint is dismissed without prejudice.

**IT IS SO ORDERED.**

Dated: November 16, 2022

                                                                              */s/ Douglas Harpool*
                                                                              **DOUGLAS HARPOOL**
                                                                              **UNITED STATES DISTRICT JUDGE**